IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN (BATESVILLE) DIVISION

CHRIS KENT                                                                                   PLAINTIFF

vs.                                      NO. 1:16-CV-36-JLH

STONE COUNTY, ARKANSAS;
SHERIFF LANCE BONDS; and
DEPUTY SHERIFF BRAD BREEDING                                          DEFENDANTS

## ANSWER

COME NOW the Defendants, Sheriff Lance Bonds and Deputy Brad Breeding (incorrectly identified in Plaintiff's Complaint as "Brad Redding"), in their individual and official capacities, and Stone County, Arkansas (referred to collectively herein as the Defendants), and for their Answer to the Plaintiff's Complaint, do state as follows:

1.      The Defendants affirmatively state that the laws of Arkansas and of the United States and the Plaintiff's Complaint in this case speak for themselves (the Defendants deny the allegations in the Plaintiff's Complaint, as set forth herein) and admit that personal jurisdiction and venue are proper in this Court, but deny, as pleaded, the remainder of the allegations in paragraphs 1, 2, and 3 of Plaintiff's Complaint.

2.      The Defendants admit, upon information and belief, that the Plaintiff lives and often works in Stone County, but are without sufficient knowledge or information to admit or deny the remainder of the allegations in paragraph 4 of Plaintiff's Complaint and, therefore, deny the same.

3.      The Defendants affirmatively state that the Plaintiff's Complaint in this case speaks for itself (the Defendants deny the allegations in the Plaintiff's Complaint, as set forth herein) and that Stone County is a political subdivision of the State of Arkansas and admit that

Lance Bonds is the Stone County Sheriff, that Brad Breeding (incorrectly identified as Brad Redding) is a Stone County deputy, and that both Bonds and Breeding live in Stone County, but deny, as pleaded, the remainder of the allegations in paragraphs 5, 6, 7, and 8 of Plaintiff's Complaint.

4. The Defendants affirmatively state that the official records of the Stone County Circuit Court speak for themselves, but deny, as pleaded, the remainder of the allegations in paragraphs 9 and 10 of Plaintiff's Complaint.

5. The allegations in paragraphs 11, 12, 13, 14, and 15 of Plaintiff's Complaint do not appear to be directed toward the Defendants and therefore require no response; to the extent that the allegations in paragraphs 11, 12, 13, 14, and 15 are directed toward the Defendants or that a response/answer is otherwise required, the Defendants are without sufficient knowledge to admit or deny the allegations in paragraphs 11, 12, 13, 14, and 15 of Plaintiff's Complaint and, therefore, deny the same.

6. The Defendants affirmatively state that the laws of Arkansas and of the United States, the official records of the Stone County Circuit Court, and the official records of the Stone County Sheriff's Department, including, but not limited to the official records of Plaintiff's arrest, incarceration, and medical care, speak for themselves and admit that the Plaintiff was arrested on or about October 23, 2015, that the Plaintiff was thereafter incarcerated in the Stone County jail until or about October 27, 2015, and that the Sheriff spoke with the Plaintiff (the Defendants deny Plaintiff's account of the conversation), but deny, as pleaded, the remainder of the allegations in paragraphs 16, 17, 18, 19, 20, 21, 22, and 23 of Plaintiff's Complaint.

7. The Defendants respectfully demand a trial by jury on all genuine issues of material fact and join in Plaintiff's request for the same, as set forth in paragraph 24 of Plaintiff's Complaint.

8. The Defendants deny Plaintiff's entitlement to any relief, including, but not limited to the relief requested in the unnumbered "Wherefore clause" of Plaintiff's Complaint.

9. The Defendants specifically and expressly deny each and every allegation in Plaintiff's Complaint not specifically and expressly admitted herein.

10. The Defendants assert and reserve the right to file an amended answer or other appropriate pleading(s) and to allege any affirmative defense that might be available after a reasonable opportunity to investigate the allegations set forth in Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

11. The Defendants assert the following affirmative defenses:

   A. All applicable immunities, including, but not limited to qualified immunity, tort/negligence immunity, statutory tort/negligence immunity, sovereign immunity, and punitive damages immunity;

   B. Statutory vicarious liability/respondeat superior immunity, *see* Ark. Code Ann. §21-9-301;

   C. The Defendants are not proper parties to a tort action in any event, *see* Ark. Code Ann. § 23-79-210

   D. Mootness;

   E. The Plaintiff's Complaint fails to state facts upon which relief may be granted, and the Court should dismiss his Complaint pursuant to F.R.C.P. 12 (b) (6);

F.	Unclean hands;

G.	No standing to raise the constitutional rights of others;

H.	Judicial immunity/quasi-judicial immunity;

I.	Plaintiff has failed to mitigate any alleged damages;

J.	Failure of publication, intent, and falsity as to defamation and false light claims;

K	Defendants avail themselves of all applicable defenses under Rules 8 and 12 of the Federal Rules of Civil Procedure;

L.	Defendants avail themselves of all statute of limitations defenses applicable to this claim.

WHEREFORE, the Defendants pray that the Plaintiff's Complaint be dismissed and for any and all other just and proper relief to which they are entitled.


Respectfully Submitted,

Sheriff Lance Bonds and Deputy Sheriff Brad Breeding, in their individual and official capacities, and Stone County, Arkansas,
*Defendants*


RAINWATER, HOLT & SEXTON, P.A
P.O. Box 17250
801 Technology Drive
Little Rock, AR 72222-7250
Telephone: (501) 868-2500
Telefax: (501) 868-2505(facsimile)
email:  owens@rainfirm.com

By:	   /s/ Jason E. Owens
	Michael R. Rainwater, #79234
	Jason E. Owens, #2003003

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 29th day of April, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of the same to the following CM/ECF user:

Mr. James H. Penick, III
Eichenbaum Liles P.A.
124 West Capitol Ave., Ste. 1900
Little Rock, AR 72201
Email: jpenick@elhlaw.com

                                                   /s/ Jason E. Owens
                                                   Jason E. Owens, #2003003