IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRIS KENT**                                                    **PLAINTIFF**

vs.                          **NO. 1:16-CV-36-JLH**

**STONE COUNTY, ARKANSAS;**
**SHERIFF LANCE BONDS; and**
**DEPUTY SHERIFF BRAD BREEDING**                    **DEFENDANTS**

### JOINT[1] RULE 26 (f) REPORT

The parties have agreed to the following Rule 26(f) Report:

(1)      Any changes in timing, form, or requirements of Mandatory disclosures under Fed.R.Civ.P.26(a).

**No.**

(2)      Date when mandatory disclosures will be made.

**August 19, 2016.**

(3)      Subjects on which discovery may be needed.

**All issues of liability and damages, as well as any defenses.**

(4) Whether any party will be requested to disclose or produce information from electronic or computer-based media.

         (a)      Limitations of disclosure or production

         (b)      Anticipated scope, cost and time

         (c)      Format and media agreed to by parties as well as agreed procedures

---

[1] Undersigned counsel for the Defendants has contacted Plaintiff's counsel, who has authorized Defendants' counsel to file this report jointly for all parties and to affix the electronic signature of Plaintiff's counsel hereto.

    (d)    Measures taken to preserve potentially discoverable data from alteration or destruction

    (e)    Other problems which may arise in connection with electronic or computer based discovery.

**None noted at this time.**

(5)    Discovery deadline.

**February 23, 2017.**

(6)    Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.

**No.**

(7)    Any orders, e.g. protective orders, which should be entered.

**The parties will file a Joint Stipulation regarding discovery if one is necessary.**

(8)    Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.

**No.**

(9)    Any objections to the proposed trial date.

**No.**

(10)    Proposed deadline for joining other parties and amending the pleadings.

**February 7, 2017.**

(11)    Proposed deadline for completing discovery. (Note: In the typical case, the deadline for completing discovery should be no later than sixty (60) days before trial).

**February 23, 2017.**

(12)  Proposed deadline for filing motions.

**March 9, 2017 for all motions other than motions in limine.  April 24, 2017 for motions in limine.**

(13) Class certification: In the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification.

**Not a class action complaint.**

          Respectfully Submitted,

          Sheriff Lance Bonds and Deputy Sheriff Brad Breeding, in their individual and official capacities, and Stone County, Arkansas, *Defendants*

          RAINWATER, HOLT & SEXTON, P.A
          P.O. Box 17250
          801 Technology Drive
          Little Rock, AR 72222-7250
          Telephone: (501) 868-2500
          Telefax: (501) 868-2505(facsimile)
          email: owens@rainfirm.com

By:   /s/ Jason E. Owens
       Michael R. Rainwater, #79234
       Jason E. Owens, #2003003

&

Respectfully submitted,

CHRIS KENT, Plaintiff

Mr. James H. Penick, III
Eichenbaum Liles P.A.
124 West Capitol Ave., Ste. 1900
Little Rock, AR 72201
Email: jpenick@elhlaw.com

By:   [signature]

James H. Penick, III, # 81129

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of July, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of the same to the following CM/ECF user:

Mr. James H. Penick, III
Eichenbaum Liles P.A.
124 West Capitol Ave., Ste. 1900
Little Rock, AR 72201
Email: jpenick@elhlaw.com

/s/ Jason E. Owens
Jason E. Owens, #2003003